THOMPSON, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(E), Ala. R.App. P.; Lilya v. Greater Gulf State Fair, Inc., 855 So.2d 1049, 1054-55 (Ala.2003); Ex parte Ballew, 771 So.2d 1040 (Ala.2000); Ex parte Alfa Mut. Gen. Ins. Co., 742 So.2d 182, 184 (Ala.1999); Hanners v. Balfour Guthrie, Inc., 564 So.2d 412 (Ala.1990); West v. Founders Life Assurance Co. of Florida, 547 So.2d 870, 871 (Ala.1989); Bussey v. John Deere Co., 531 So.2d 860 (Ala.1988); Marquis v. Marquis, 480 So.2d 1213 (Ala.1985); Quillen v. Quillen, 388 So.2d 985 (Ala.1980); Tice v. Tice, 361 So.2d 1051, 1052 (Ala.1978); Hillman Hotel, Inc. v. McHaley, 251 Ala. 655, 658, 38 So.2d 566, 568 (1948); Bain v. Gray, 835 So.2d 1034, 1037 (Ala.Civ.App.2002); Hartzog v. Compass Bank, 686 So.2d 325 (Ala.Civ.App.1996); and Collins v. Wilkerson, 679 So.2d 1100, 1103-04 (Ala.Civ.App.1996).
This case was transferred to this court by the supreme court, pursuant to § 12-2-7(6), Ala.Code 1975.
PITTMAN and BRYAN, JJ., concur.
MURDOCK, J., concurs in the result, without writing.
CRAWLEY, P.J., dissents, with writing.